# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF MINNESOTA

___

| | |
|---|---|
| In re: | Case No. 24-33462-KAC |
| Enola Denise Davis, | Chapter 7 |
| Debtor. | |

___

| | |
|---|---|
| Enola Denise Davis, | |
| Plaintiff, | |
| v. | Adv. Proc. No. 25-03039 |
| U.S. Department of Education, | |
| Defendant. | |

___

## JUDGMENT
___

This proceeding came before the Court, and a decision or order for judgment was duly rendered, Katherine A. Constantine, United States Bankruptcy Judge, presiding.

**IT IS HEREBY ORDERED AND ADJUDGED:** That pursuant to the stipulation and 11 U.S.C. § 523(a)(8), the National Student Loan Data System Loans 1-17 described in the stipulation are hereby discharged. The National Student Loan Data System Loans 18-20, in the amount of approximately $15,207.46, including interest, are not discharged under 11 U.S.C. § 523(a)(8) and are not subject to discharge under 11 U.S.C. § 524(a).

Dated: June 23, 2025

                                                    Tricia Pepin
                                                    United States Bankruptcy Court Clerk

                                                    By: /e/ Caleb Gurujal
                                                    Deputy Clerk